IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |
|---|---|
| IN RE: | : MDL DOCKET NO. 4:03-CV-1507-WRW |
| PREMPRO PRODUCTS LIABILITY | : |
| LITIGATION | : ALL CASES in EXHIBIT A |

**ORDER**

Exhibit A lists cases designated to proceed with case-specific discovery under Practice and Procedure Order 9. Specifically, the parties may take case-specific discovery depositions of the plaintiff(s), spouse(s), treating physician(s),[1] and sales representative(s).[2]

In each case listed in Exhibit A, Plaintiffs are directed to provide Defendants with updated medical authorization[3] within three weeks of the date of this order. Failure to do so may result in dismissal for failure to prosecute.

As was mentioned in the March 19, 2010, Order,[4] cases designated under PPO-9 are no longer limited to cases with Wyeth and Pfizer as the only defendants and claims for only breast cancer injuries. Additionally, I expect all parties to cooperate in expeditiously scheduling and taking these PPO-9 depositions. It seems to me that, generally, the PPO-9 discovery should be completed within six months of the date of this Order. However, when scheduling the depositions, the parties should be careful not to load one firm's wagon with more poles than a mule can pull, *i.e.*, I expect all parties to be reasonable in this regard.

IT IS SO ORDERED this 5th day of November, 2010.

/s/ Wm. R. Wilson, Jr.
UNITED STATE DISTRICT COURT

---

[1]This applies to treating physicians who are identified as trial witnesses by any party under the transferor court procedures. Treating physicians include prescribers.

[2]With regard to depositions of sales representatives or district sales managers, Plaintiffs may take only one general deposition of each such person.

[3]The Medical Authorization Form can be found at Doc. No. 2007-3 in *In re Prempro*, 4:03-CV-001507.

[4]Doc. No. 2235.

1

**EXHIBIT A**

**Arkansas Cases**

| | | |
|---|---|---|
| Fowler et al v. Wyeth Inc et al | 3:06-cv-00149-WRW | E/D AR |
| Adkisson, et al v. Wyeth, et al | 4:05-cv-00636-WRW | W/D AR |
| Musgrove v. Wyeth Inc, et al | 4:05-cv-00881-WRW | E/D AR |
| Hamby v. Wyeth Inc, et al | 4:05-cv-00882-WRW | E/D AR |
| Mooney v. Wyeth Inc et al | 4:05-cv-00958-WRW | E/D AR |
| Eustace et al v. Wyeth et al | 4:05-cv-01006-WRW | E/D AR |
| Miles et al v. Wyeth et al | 4:05-cv-01044-WRW | E/D AR |
| McCarthy et al v. Wyeth et al | 4:05-cv-01045-WRW | E/D AR |
| Knudsen v. Wyeth et al | 4:05-cv-01046-WRW | E/DAR |
| Massenburge v. Wyeth et al | 4:05-cv-01047-WRW | E/D AR |
| Littlefield v. Wyeth et al | 4:05-cv-01048-WRW | E/D AR |
| Knight et al v. Wyeth et al | 4:05-cv-01050-WRW | E/D AR |
| Posey v. Wyeth et al | 4:05-cv-01053-WRW | E/D AR |
| Rankin et al v. Wyeth et al | 4:05-cv-01055-WRW | E/D AR |
| Rachal v. Wyeth et al | 4:05-cv-01056-WRW | E/D AR |
| Ring v. Wyeth et al | 4:05-cv-01058-WRW | E/D AR |
| Stogsdill et al v. Wyeth et al | 4:05-cv-01068-WRW | E/D AR |
| Mitchell v. Wyeth | 4:05-cv-01295-WRW | W/D AR |
| Vernon v. Wyeth Inc et al | 4:05-cv-01858-WRW | W/D AR |
| Kibat v. Wyeth et al | 4:06-cv-00766-WRW | W/D AR |
| Wynn, et al. v. Pfizer Inc, et al. | 4:07-cv-01230-WRW | W/D AR |
| Scarbrough v. Wyeth et al | 4:08-CV-03594-WRW | E/D AR |

**Non-Arkansas Cases**

| | | |
|---|---|---|
| Smith v. Wyeth Inc, et al | 4:04-cv-00330-WRW | USDC SD TX |
| Linscomb, et al v. Wyeth Inc, et al | 4:04-cv-00344-WRW | USDC ED TX |
| Gordon, et al v. Wyeth Inc, et al | 4:04-cv-00347-WRW | USDC ED TX |
| Barrios, et al v. Wyeth Inc, et al | 4:04-cv-00348-WRW | USDC ED TX |
| Spalding v. Wyeth Inc, et al | 4:04-cv-00352-WRW | USDC ND TX |
| Francis v. Wyeth Inc et al | 4:04-cv-00353-WRW | USDC ND TX |
| Coppick, et al v. Wyeth Inc, et al | 4:04-cv-00399-WRW | USDC ED TX |
| Glenn, et al v. Wyeth Inc | 4:04-cv-00446-WRW | USDC SD NY |
| Hardy, et al v. Wyeth Inc, et al | 4:04-cv-00455-WRW | USDC SD TX |
| Lo v. Wyeth Inc, et al | 4:04-cv-00457-WRW | USDC SD TX |

| | | |
|---|---|---|
| Klein v. Wyeth, et al | 4:04-cv-00614-WRW | USDC CD CA |
| Kohls v. Wyeth Pharmaceutical, et al | 4:04-cv-00649-WRW | USDC CD CA |
| Kim v. Wyeth Pharmaceutical, et al | 4:04-cv-00650-WRW | USDC CD CA |
| Prigge v. Wyeth Inc, et al | 4:04-cv-00756-WRW | USDC MN |
| Maclam, et al v. Wyeth Inc, et al | 4:04-cv-00830-WRW | USDC ND OH |
| Norman, et al v. Wyeth, et al | 4:04-cv-00852-WRW | USDC ND OH |
| Merk, et al v. Wyeth Inc, et al | 4:04-cv-00857-WRW | USDC ND OH |
| Dodeja v. Wyeth Inc, et al | 4:04-cv-00858-WRW | USDC ND OH |
| Slitor, et al v. Wyeth Inc, et al | 4:04-cv-00861-WRW | USDC ND OH |
| Damron, et al v. Wyeth Inc, et al | 4:04-cv-00863-WRW | USDC ND OH |
| Flannary, et al v. Wyeth Inc, et al | 4:04-cv-00864-WRW | USDC ND OH |
| Taulbee, et al v. Wyeth Inc, et al | 4:04-cv-00865-WRW | USDC ND OH |
| Minnear, et al v. Wyeth Inc, et al | 4:04-cv-00866-WRW | USDC ND OH |
| Braden v. Wyeth Inc, et al | 4:04-cv-00867-WRW | USDC ND OH |
| Wilson v. Wyeth Inc, et al | 4:04-cv-00873-WRW | USDC SD OH |
| Livingston, et al v. Wyeth Inc, et al | 4:04-cv-00879-WRW | USDC ND OH |
| Kutz v. Wyeth Inc, et al | 4:04-cv-00882-WRW | USDC ND OH |
| Obradovich, et al v. Wyeth Inc, et al | 4:04-cv-00884-WRW | USDC ND OH |
| Brinkley v. Wyeth Inc, et al | 4:04-cv-00925-WRW | USDC MN |
| Bosworth, et al v. Wyeth, et al | 4:04-cv-00939-WRW | USDC ND OK |
| Strauss v. Wyeth Inc, et al | 4:04-cv-00956-WRW | USDC ND OH |
| Filer, et al v. Wyeth Inc, et al | 4:04-cv-00981-WRW | USDC SD TX |
| Stevens v. Wyeth Inc, et al | 4:04-cv-00997-WRW | USDC SD OH |
| Grisso v. Pharmacia & Upjohn, et al | 4:04-cv-01002-WRW | USDC ND CA |
| Harvill v. Wyeth Inc, et al | 4:04-cv-01054-WRW | USDC MN |
| Floyd v. Wyeth Inc, et al | 4:04-cv-01060-WRW | USDC MN |
| Faro, et al v. Wyeth Inc, et al | 4:04-cv-01067-WRW | USDC MN |
| Lee v. Wyeth Inc, et al | 4:04-cv-01069-WRW | USDC MN |
| Ryan, et al v. Wyeth Pharmaceutical, et al | 4:04-cv-01072-WRW | USDC MN |
| McCormick, et al v. Wyeth Inc, et al | 4:04-cv-01075-WRW | USDC MN |
| DuFour v. Wyeth, et al | 4:04-cv-01078-WRW | USDC MN |
| Close v. Wyeth, et al | 4:04-cv-01087-WRW | USDC MN |
| Davenport, et al v. Wyeth, et al | 4:04-cv-01150-WRW | USDC MN |
| Canavan v. Wyeth, et al | 4:04-cv-01155-WRW | USDC MN |
| Ashbaugh, et al v. Wyeth, et al | 4:04-cv-01190-WRW | USDC MN |
| Ross, et al v. Wyeth, et al | 4:04-cv-01192-WRW | USDC MN |
| Schweikl, et al v. Wyeth, et al | 4:04-cv-01194-WRW | USDC MN |
| Gloria, et al v. Wyeth, et al | 4:04-cv-01200-WRW | USDC MN |
| Delonga, et al v. Wyeth, et al | 4:04-cv-01204-WRW | USDC WD TX |
| Safar, et al v. Wyeth, et al | 4:04-cv-01231-WRW | USDC ED TX |

| | | |
|---|---|---|
| Mulcahy v. Wyeth, et al | 4:04-cv-01279-WRW | USDC ED TX |
| Corso v. Wyeth, et al | 4:04-cv-01282-WRW | USDC CT |
| Skeens v. Wyeth, et al | 4:04-cv-01283-WRW | USDC SD WV |
| Baker v. Wyeth, et al | 4:04-cv-01293-WRW | USDC MN |
| McLean v. Wyeth, et al | 4:04-cv-01296-WRW | USDC MN |
| Ocraman, et al v. Wyeth, et al | 4:04-cv-01302-WRW | USDC ED TX |
| McBride, et al v. Wyeth, et al | 4:04-cv-01304-WRW | USDC ED TX |
| Kelley, et al v. Wyeth Inc, et al | 4:04-cv-01314-WRW | USDC SD MS |
| Brumley v. Wyeth, et al | 4:04-cv-01332-WRW | USDC WD TX |
| Boucher v. Wyeth, et al | 4:04-cv-01333-WRW | USDC WD TX |
| Allen v. Wyeth, et al | 4:04-cv-01334-WRW | USDC WD TX |
| McComas v. Wyeth, et al | 4:04-cv-01336-WRW | USDC WD TX |
| Powell v. Wyeth, et al | 4:04-cv-01339-WRW | USDC WD TX |
| Trammell, et al v. Wyeth, et al | 4:04-cv-01342-WRW | USDC WD TX |
| Robbins, et al v. Wyeth, et al | 4:04-cv-01343-WRW | USDC WD TX |
| McMahon, et al v. Wyeth, et al | 4:04-cv-01344-WRW | USDC WD TX |
| Duran v. Wyeth, et al | 4:04-cv-01352-WRW | USDC WD TX |
| Adams, et al v. Wyeth, et al | 4:04-cv-01353-WRW | USDC WD TX |
| Gibson v. Wyeth, et al | 4:04-cv-01354-WRW | USDC WD TX |
| Franczak v. Wyeth, et al | 4:04-cv-01356-WRW | USDC WD TX |
| Gamble v. Wyeth, et al | 4:04-cv-01360-WRW | USDC WD TX |
| Buccini, et al v. Wyeth Inc, et al | 4:04-cv-01370-WRW | USDC CT |
| Coleman v. Wyeth, et al | 4:04-cv-01373-WRW | USDC ED TX |
| Tubb, et al v. Wyeth, et al | 4:04-cv-01374-WRW | USDC ED TX |
| Kenney, et al v. Wyeth, et al | 4:04-cv-01376-WRW | USDC ND TX |
| Johnson, et al v. Wyeth Inc, et al | 4:04-cv-01378-WRW | USDC NE |
| Kingsley v. Wyeth, et al | 4:04-cv-01380-WRW | USDC ED VA |
| Malik v. Wyeth, et al | 4:04-cv-01383-WRW | USDC ED VA |
| Eural v. Wyeth, et al | 4:04-cv-01384-WRW | USDC ED VA |
| Swaggerty v. Wyeth | 4:04-cv-01386-WRW | USDC ED VA |
| Stedman v. Wyeth, et al | 4:04-cv-01388-WRW | USDC SD MS |
| Cocker v. Wyeth, et al | 4:04-cv-01389-WRW | USDC ND OK |
| Howard, et al v. Wyeth, et al | 4:04-cv-01395-WRW | USDC ED TX |
| Carey v. Wyeth, et al | 4:04-cv-01396-WRW | USDC ED TX |
| Main, et al v. Wyeth, et al | 4:04-cv-01403-WRW | USDC MD |
| Tappan, et al v. Wyeth, et al | 4:04-cv-01404-WRW | USDC MD |
| Barath v. Wyeth Inc, et al | 4:04-cv-01407-WRW | USDC ND OH |
| Holifield, et al v. Wyeth, et al | 4:04-cv-01409-WRW | USDC SD MS |
| Davis v. Wyeth Inc, et al | 4:04-cv-01410-WRW | USDC ND TX |
| Alexander v. Wyeth, et al | 4:04-cv-01411-WRW | USDC SD MS |

| | | |
|---|---|---|
| Hennington v. Wyeth, et al | 4:04-cv-01412-WRW | USDC SD MS |
| French v. Wyeth, et al | 4:04-cv-01413-WRW | USDC SD MS |
| Linton v. Wyeth, et al | 4:04-cv-01414-WRW | USDC SD MS |
| Whitehead v. Wyeth, et al | 4:04-cv-01415-WRW | USDC SD MS |
| Weber v. Wyeth, et al | 4:04-cv-01420-WRW | USDC ED TX |
| Steely, et al v. Wyeth, et al | 4:04-cv-01422-WRW | USDC ED TX |
| Goldrich v. Wyeth, et al | 4:04-cv-01427-WRW | USDC ND IL |
| Bennett, et al v. Wyeth, et al | 4:04-cv-01432-WRW | USDC MN |
| Perona v. Wyeth, et al | 4:04-cv-01433-WRW | USDC MN |
| Contreras v. Abbott Labs Inc, et al | 4:04-cv-01434-WRW | USDC MN |
| Stefanik, et al v. Wyeth, et al | 4:04-cv-01436-WRW | USDC MN |
| Taja, et al v. Wyeth, et al | 4:04-cv-01439-WRW | USDC MN |
| Foster v. Wyeth Inc, et al | 4:04-cv-01440-WRW | USDC MN |
| Welch v. Wyeth Inc, et al | 4:04-cv-01441-WRW | USDC MN |
| Duke, et al v. Wyeth Inc, et al | 4:04-cv-01446-WRW | USDC MD FL |
| Barlow, et al v. Wyeth, et al | 4:04-cv-01448-WRW | USDC ED NY |
| Bowman, et al v. Wyeth, et al | 4:04-cv-01467-WRW | USDC ED TN |
| Bishop v. Wyeth, et al | 4:04-cv-01472-WRW | USDC WD TX |
| Pashalidis, et al v. Wyeth, et al | 4:04-cv-01490-WRW | USDC SD TX |
| Hamilton v. Wyeth, et al | 4:04-cv-01492-WRW | USDC SD TX |
| Struve v. Wyeth, et al | 4:04-cv-01494-WRW | USDC SD TX |
| Gillaspy v. Wyeth, et al | 4:04-cv-01497-WRW | USDC SD TX |
| Cook v. Wyeth, et al | 4:04-cv-01505-WRW | USDC SD TX |
| Blake, et al v. Wyeth, et al | 4:04-cv-01507-WRW | USDC SD TX |
| Wright, et al v. Wyeth, et al | 4:04-cv-01511-WRW | USDC SD TX |
| Garcia v. Wyeth, et al | 4:04-cv-01512-WRW | USDC SD TX |
| Griffice v. Wyeth, et al | 4:04-cv-01516-WRW | USDC SD TX |
| Colucci v. Wyeth, et al | 4:04-cv-01518-WRW | USDC ED NY |
| Dillon v. Wyeth, et al | 4:04-cv-01521-WRW | USDC SD TX |
| Granier v. Wyeth, et al | 4:04-cv-01523-WRW | USDC SD TX |
| Egan, et al v. Wyeth Inc, et al | 4:04-cv-01524-WRW | USDC CT |
| Jackson v. Wyeth Inc, et al | 4:04-cv-01530-WRW | USDC MD LA |
| Gray, et al v. Barr Pharm, et al | 4:04-cv-01534-WRW | USDC SD TX |
| Wingfield v. Wyeth Inc, et al | 4:04-cv-01547-WRW | USDC ND AL |
| Ellis, et al v. Wyeth Inc, et al | 4:04-cv-01548-WRW | USDC ND AL |
| Summersett, et al v. Wyeth Inc, et al | 4:04-cv-01554-WRW | USDC ND AL |
| Taylor, et al v. Wyeth Inc, et al | 4:04-cv-01555-WRW | USDC ND AL |
| Strops et al v. Wyeth Inc, et al | 4:04-cv-01560-WRW | USDC ND A |
| Howell, et al v. Wyeth Inc, et al | 4:04-cv-01561-WRW | USDC ND AL |
| Hyatt v. Wyeth Inc, et al | 4:04-cv-01562-WRW | USDC ND AL |

| | | |
|---|---|---|
| Schwartz v. Wyeth Inc, et al | 4:04-cv-01563-WRW | USDC ND AL |
| Tobin, et al v. Wyeth Inc, et al | 4:04-cv-01566-WRW | USDC ND AL |
| Craven, et al v. Wyeth Inc, et al | 4:04-cv-01571-WRW | USDC ND A |
| Nichols, et al v. Wyeth Inc, et al | 4:04-cv-01572-WRW | USDC ND AL |
| Coday, et al v. Wyeth Inc, et al | 4:04-cv-01574-WRW | USDC ND AL |
| Campis, et al v. Wyeth Inc, et al | 4:04-cv-01576-WRW | USDC ND AL |
| Blunk, et al v. Wyeth Inc, et al | 4:04-cv-01577-WRW | USDC ND AL |
| Baker, et al v. Wyeth Inc, et al | 4:04-cv-01578-WRW | USDC ND AL |
| Breyfogle, et al v. Wyeth Inc, et al | 4:04-cv-01579-WRW | USDC ND AL |
| Richardson, et al v. Wyeth Inc, et al | 4:04-cv-01581-WRW | USDC ND AL |
| Gary, et al v. Wyeth Inc, et al | 4:04-cv-01586-WRW | USDC ND AL |
| Parker v. Wyeth Inc, et al | 4:04-cv-01591-WRW | USDC ND AL |
| Hamilton v. Wyeth Inc, et al | 4:04-cv-01593-WRW | USDC ND AL |
| Shearin, et al v. Wyeth Inc, et al | 4:04-cv-01594-WRW | USDC ND AL |
| Nodine, et al v. Wyeth Inc, et al | 4:04-cv-01596-WRW | USDC ND AL |
| Dutt, et al v. Wyeth Inc, et al | 4:04-cv-01597-WRW | USDC ND AL |
| Battle, et al v. Wyeth Inc, et al | 4:04-cv-01600-WRW | USDC ND AL |
| Pendergrass, et al v. Wyeth Inc, et al | 4:04-cv-01603-WRW | USDC ND AL |
| Spiers, et al v. Wyeth Inc, et al | 4:04-cv-01609-WRW | USDC ND AL |
| Kincaid, et al v. Wyeth Inc, et al | 4:04-cv-01610-WRW | USDC ND AL |
| Magner, et al v. Wyeth Inc, et al | 4:04-cv-01611-WRW | USDC ND AL |
| Anderson, et al v. Wyeth Inc, et al | 4:04-cv-01614-WRW | USDC ND AL |
| Freeney, et al v. Wyeth Inc, et al | 4:04-cv-01615-WRW | USDC ND AL |
| Stewart, et al v. Wyeth Inc, et al | 4:04-cv-01617-WRW | USDC ND AL |
| Hargis, et al v. Wyeth Inc, et al | 4:04-cv-01618-WRW | USDC ND AL |
| Giordano, et al v. Wyeth Inc, et al | 4:04-cv-01619-WRW | USDC ND AL |
| Trommer, et al v. Wyeth Inc, et al | 4:04-cv-01620-WRW | USDC ND AL |
| Buchanan, et al v. Wyeth Inc, et al | 4:04-cv-01621-WRW | USDC ND AL |
| Henning, et al v. Wyeth Inc, et al | 4:04-cv-01624-WRW | USDC ND AL |
| Barco, et al v. Wyeth Inc, et al | 4:04-cv-01625-WRW | USDC ND AL |
| Wilson, et al v. Wyeth Inc, et al | 4:04-cv-01632-WRW | USDC ND AL |
| Pahlman et al v. Wyeth Inc et al | 4:04-cv-01635-WRW | USDC ND AL |
| Chester, et al v. Wyeth Inc, et al | 4:04-cv-01637-WRW | USDC ND AL |
| Doan, et al v. Wyeth Inc, et al | 4:04-cv-01638-WRW | USDC ND AL |
| Baker v. Wyeth Pharmaceutical, et al | 4:04-cv-01980-WRW | USDC ND AL |
| Ball v. Wyeth Pharmaceutical, et al | 4:04-cv-01981-WRW | USDC ND AL |
| Bell v. Wyeth Pharmaceutical, et al | 4:04-cv-01983-WRW | USDC ND AL |
| Bentley v. Wyeth Pharmaceutical, et al | 4:04-cv-01984-WRW | USDC ND AL |
| Blankenship v. Wyeth Pharmaceutical, et al | 4:04-cv-01987-WRW | USDC ND AL |
| Boyles v. Wyeth Pharmaceutical, et al | 4:04-cv-01989-WRW | USDC ND AL |

| | | |
|---|---|---|
| Young v. Wyeth Pharmaceutical, et al | 4:04-cv-01990-WRW | USDC ND AL |
| Bright v. Wyeth Pharmaceutical, et al | 4:04-cv-01992-WRW | USDC ND AL |
| Brindley v. Wyeth Pharmaceutical, et al | 4:04-cv-01993-WRW | USDC ND AL |
| Brooks v. Wyeth Pharmaceutical, et al | 4:04-cv-01995-WRW | USDC ND AL |
| Burrell v. Wyeth Pharmaceutical, et al | 4:04-cv-01998-WRW | USDC ND AL |
| Clayton v. Wyeth Pharmaceutical, et al | 4:04-cv-02006-WRW | USDC ND AL |
| Cook-Sabree v. Wyeth, et al | 4:04-cv-02011-WRW | USDC ND AL |
| Corker v. Wyeth Pharmaceutical, et al | 4:04-cv-02012-WRW | USDC ND AL |
| Cawford v. Wyeth Pharmaceutical, et al | 4:04-cv-02014-WRW | USDC ND AL |
| Davis v. Wyeth Pharmaceutical, et al | 4:04-cv-02020-WRW | USDC ND AL |
| Derwin v. Wyeth Pharmaceutical, et al | 4:04-cv-02022-WRW | USDC ND AL |
| Dew v. Wyeth Pharmaceutical, et al | 4:04-cv-02023-WRW | USDC ND AL |
| Dinkins v. Wyeth Pharmaceutical, et al | 4:04-cv-02024-WRW | USDC ND AL |
| Driver v. Wyeth Pharmaceutical, et al | 4:04-cv-02026-WRW | USDC ND AL |
| Dubin v. Wyeth Pharmaceutical, et al | 4:04-cv-02028-WRW | USDC ND AL |
| Edge v. Wyeth Pharmaceutical, et al | 4:04-cv-02032-WRW | USDC ND AL |
| Ezell v. Wyeth Pharmaceutical, et al | 4:04-cv-02033-WRW | USDC ND AL |
| Faggard v. Wyeth Pharmaceutical | 4:04-cv-02034-WRW | USDC ND AL |
| Ford v. Wyeth Pharmaceutical, et al | 4:04-cv-02038-WRW | USDC ND AL |
| Fore v. Wyeth Pharmaceutical, et al | 4:04-cv-02040-WRW | USDC ND AL |
| Gilbert, et al v. Wyeth, et al | 4:04-cv-02048-WRW | USDC ND AL |
| Godwin, et al v. Wyeth, et al | 4:04-cv-02049-WRW | USDC ND AL |
| Goss v. Wyeth Pharmaceutical, et al | 4:04-cv-02053-WRW | USDC ND AL |
| Greenough v. Wyeth Pharmaceutical, et al | 4:04-cv-02056-WRW | USDC ND AL |
| Griffin, et al v. Wyeth Pharmaceutical, et al | 4:04-cv-02057-WRW | USDC ND AL |
| Griffin v. Wyeth Pharmaceutical, et al | 4:04-cv-02058-WRW | USDC ND AL |
| Hamm, et al v. Wyeth Pharmaceutical, et al | 4:04-cv-02061-WRW | USDC ND AL |
| Hammond, et al v. Wyeth, et al | 4:04-cv-02062-WRW | USDC ND AL |
| Hollingsworth, et al v. Wyeth, et al | 4:04-cv-02074-WRW | USDC ND AL |
| Huckans v. Wyeth Pharmaceutical, et al | 4:04-cv-02078-WRW | USDC ND AL |
| Hudson, et al v. Wyeth, et al | 4:04-cv-02080-WRW | USDC ND AL |
| Hughey, et al v. Wyeth, et al | 4:04-cv-02081-WRW | USDC ND AL |
| Hunt v. Wyeth Pharmaceutical, et al | 4:04-cv-02083-WRW | USDC ND AL |
| Johnson v. Wyeth Pharmaceutical, et al | 4:04-cv-02090-WRW | USDC ND AL |
| Jones v. Wyeth Pharmaceutical, et al | 4:04-cv-02093-WRW | USDC ND AL |
| Kelly v. Wyeth Pharmaceutical, et al | 4:04-cv-02096-WRW | USDC ND AL |
| King v. Wyeth Pharmaceutical, et al | 4:04-cv-02099-WRW | USDC ND AL |
| Knight v. Wyeth Pharmaceutical Inc et al | 4:04-cv-02100-WRW | USDC ND AL |
| Langford v. Wyeth Pharmaceutical, et al | 4:04-cv-02102-WRW | USDC ND AL |
| Langston v. Wyeth Pharmaceutical, et al | 4:04-cv-02103-WRW | USDC ND AL |

| | | |
|---|---|---|
| Leps v. Wyeth Pharmaceutical, et al | 4:04-cv-02105-WRW | USDC ND AL |
| Lindsey v. Wyeth Pharmaceutical, et al | 4:04-cv-02106-WRW | USDC ND AL |
| Long v. Wyeth Pharmaceutical, et al | 4:04-cv-02110-WRW | USDC ND AL |
| Lott v. Wyeth Pharmaceutical, et al | 4:04-cv-02111-WRW | USDC ND AL |
| Love, et al v. Wyeth Pharmaceutical, et al | 4:04-cv-02112-WRW | USDC ND AL |
| | | |
| Mann v. Wyeth Pharmaceutical, et al | 4:04-cv-02117-WRW | USDC ND AL |
| Martin, et al v. Wyeth Pharmaceutical, et al | 4:04-cv-02119-WRW | USDC ND AL |
| Martin v. Wyeth Pharmaceutical, et al | 4:04-cv-02120-WRW | USDC ND AL |
| McClinton, et al v. Wyeth, et al | 4:04-cv-02121-WRW | USDC ND AL |
| McDowell, et al v. Wyeth, et al | 4:04-cv-02122-WRW | USDC ND AL |
| | | |
| McLin v. Wyeth Pharmaceutical, et al | 4:04-cv-02123-WRW | USDC ND AL |
| McMahon, et al v. Wyeth, et al | 4:04-cv-02124-WRW | USDC ND AL |
| McNeil v. Wyeth Pharmaceutical, et al | 4:04-cv-02125-WRW | USDC ND AL |
| Meier, et al v. Wyeth Pharmaceutical, et al | 4:04-cv-02126-WRW | USDC ND AL |
| Mindrebo v. Wyeth Pharmaceutical, et al | 4:04-cv-02128-WRW | USDC ND AL |
| | | |
| Flowers, et al v. Wyeth, et al | 4:04-cv-02257-WRW | USDC ED TX |
| Sharma, et al v. Wyeth Inc, et al | 4:04-cv-02260-WRW | USDC MD LA |
| Golay, et al v. Wyeth Pharm, et al | 4:04-cv-02261-WRW | USDC WD OK |
| Williams v. Wyeth Inc, et al | 4:04-cv-02263-WRW | USDC ND FL |
| Jordan, et al v. Wyeth Pharm, et al | 4:04-cv-02286-WRW | USDC ED TX |
| | | |
| Sauls v. Wyeth, et al | 4:04-cv-02295-WRW | USDC SC |
| Gibbons, et al v. Wyeth Inc, et al | 4:04-cv-02314-WRW | USDC CT |
| Ostenso, et al v. Wyeth, et al | 4:04-cv-02317-WRW | USDC MN |
| Armstrong, et al v. Wyeth, et al | 4:04-cv-02321-WRW | USDC MN |
| Pauly, et al v. Wyeth, et al | 4:04-cv-02322-WRW | USDC MN |
| | | |
| Weinstein, et al v. Wyeth, et al | 4:04-cv-02325-WRW | USDC MN |
| Swingle v. Wyeth Inc, et al | 4:05-cv-00001-WRW | USDC WD MO |
| Case, et al v. Wyeth Inc, et al | 4:05-cv-00002-WRW | USDC WD MO |
| Decker v. Bristol-Myers Squibb, et al | 4:05-cv-00003-WRW | USDC NV |
| Lemmon, et al v. Wyeth Inc, et al | 4:05-cv-00007-WRW | USDC ED MO |
| | | |
| Kuball, et al v. Wyeth Inc, et al | 4:05-cv-00008-WRW | USDC MN |
| Peters, et al v. Wyeth, et al | 4:05-cv-00010-WRW | USDC MN |
| Biernacka, et al v. Wyeth, et al | 4:05-cv-00016-WRW | USDC ND IL |
| Giberson, et al v. Wyeth Inc, et al | 4:05-cv-00027-WRW | USDC WD MO |
| Howell v. Wyeth Inc | 4:05-cv-00028-WRW | USDC WD PA |
| | | |
| Walters, et al v. Wyeth Inc, et al | 4:05-cv-00042-WRW | USDC CD IL |
| McKenzie v. Wyeth Pharmaceutical | 4:05-cv-00050-WRW | USDC WD OK |
| House v. Wyeth Pharmaceutical | 4:05-cv-00051-WRW | USDC WD OK |
| Swanson, et al v. Wyeth Inc, et al | 4:05-cv-00052-WRW | USDC NE |
| Silva, et al v. Wyeth Inc, et al | 4:05-cv-00053-WRW | USDC CT |

| Case | Number | Court |
|---|---|---|
| Clark v. Solvay Inc | 4:05-cv-00063-WRW | USDC ED MO |
| Carlson v. Wyeth, et al | 4:05-cv-00064-WRW | USDC OR |
| Knox v. Wyeth, et al | 4:05-cv-00065-WRW | USDC OR |
| Devoe v. Wyeth, et al | 4:05-cv-00066-WRW | USDC ED NY |
| Hanrahan, et al v. Wyeth Inc, et al | 4:05-cv-00071-WRW | USDC ED MO |
| Land v. Wyeth Inc, et al | 4:05-cv-00074-WRW | USDC/MD |
| Shepherd v. Wyeth Pharm, et al | 4:05-cv-00092-WRW | USDC WD TX |
| Jimenez v. Wyeth Inc, et al | 4:05-cv-00121-WRW | USDC MD FL |
| Noyes, et al v. Wyeth, et al | 4:05-cv-00125-WRW | USDC OR |
| Yeauger v. Wyeth Inc, et al | 4:05-cv-00132-WRW | USDC SD OH |
| Albright, et al v. Wyeth Inc, et al | 4:05-cv-00133-WRW | USDC SD OH |
| Lee v. Wyeth, et al | 4:05-cv-00146-WRW | USDC ID |
| Wankier v. Wyeth, et al | 4:05-cv-00152-WRW | USDC UT |
| Fullmer v. Wyeth, et al | 4:05-cv-00159-WRW | USDC UT |
| Nina Schilling v. Wyeth | 4:05-cv-00164-WRW | USDC ND NY |
| Brown v. Wyeth Inc, et al | 4:05-cv-00166-WRW | USDC SD GA |
| Bush v. Wyeth Inc, et al | 4:05-cv-00169-WRW | USDC ND TX |
| Waites, et al v. Wyeth, et al | 4:05-cv-00174-WRW | USDC MD AL |
| McClure, et al v. Wyeth, et al | 4:05-cv-00182-WRW | USDC SC |
| Sheffield v. Wyeth Inc, et al | 4:05-cv-00185-WRW | USDC ND MS |
| Barnes, et al v. Wyeth Inc, et al | 4:05-cv-00189-WRW | USDC WD KY |
| Hilkens v. Wyeth, et al | 4:05-cv-00190-WRW | USDC ND OH |
| Toitch, et al v. Wyeth Inc, et al | 4:05-cv-00191-WRW | USDC ND OH |
| Gornor, et al v. Wyeth Inc, et al | 4:05-cv-00193-WRW | USDC MD LA |
| Bonnett v. Wyeth Inc, et al | 4:05-cv-00194-WRW | USDC MD FL |
| Dye v. Wyeth Inc, et al | 4:05-cv-00195-WRW | USDC MD FL |
| Danitz v. Wyeth Inc, et al | 4:05-cv-00196-WRW | USDC MD FL |
| Gutchman v. Wyeth Inc, et al | 4:05-cv-00197-WRW | USDC MD FL |
| Turonis v. Wyeth Inc, et al | 4:05-cv-00198-WRW | USDC MD FL |
| Baldy v. Wyeth Inc, et al | 4:05-cv-00199-WRW | USDC MD FL |
| Fowle v. Wyeth Inc, et al | 4:05-cv-00201-WRW | USDC MD FL |
| Costa v. Wyeth Inc, et al | 4:05-cv-00203-WRW | USDC MD FL |
| O'Shea, et al v. Wyeth, et al | 4:05-cv-00213-WRW | USDC SD TX |
| Shah, et al v. Wyeth Pharmaceutical, et al | 4:05-cv-00359-WRW | USDC CD CA |
| Lynn v. Wyeth, et al | 4:05-cv-00366-WRW | USDC ND AL |
| Consorti v. Wyeth et al | 4:05-cv-00367-WRW | USDC CT |
| Zarra-Redden v. Wyeth, et al | 4:05-cv-00368-WRW | USDC VT |
| Krol, et al v. Wyeth Pharmaceutical, et al | 4:05-cv-00369-WRW | USDC CD CA |
| Epstein, et al v. Wyeth, et al | 4:05-cv-00370-WRW | USDC CD CA |
| Broumandi, et al v. Wyeth, et al | 4:05-cv-00372-WRW | USDC CD CA |

| | | |
|---|---|---|
| Hawthorne, et al v. Wyeth, et al | 4:05-cv-00373-WRW | USDC CD CA |
| Heller, et al v. Wyeth, et al | 4:05-cv-00374-WRW | USDC CD CA |
| Spears, et al v. Wyeth, et al | 4:05-cv-00377-WRW | USDC SD OH |
| Kriss v. Wyeth Pharmaceutical, et al | 4:05-cv-00422-WRW | USDC CD CA |
| Mills, et al v. Wyeth Inc | 4:05-cv-00416-WRW | USDC ND TX |
| Leader, et al v. Wyeth, et al | 4:05-cv-00436-WRW | USDC ND IL |
| De Moss v. Wyeth, et al | 4:05-cv-00437-WRW | USDC MT |
| McCadden v. Wyeth Inc, et al | 4:05-cv-00439-WRW | USDC MD |
| Pipkin v. Wyeth Inc, et al | 4:05-cv-00440-WRW | USDC MD |
| Shuster, et al v. Wyeth, et al | 4:05-cv-00445-WRW | USDC SD FL |
| Denison v. Wyeth, et al | 4:05-cv-00450-WRW | USDC MT |
| Galyen v. Wyeth Inc, et al | 4:05-cv-00454-WRW | USDC ND TX |
| Danos, et al v. Wyeth, et al | 4:05-cv-00455-WRW | USDC MN |
| Keller v. Wyeth, et al | 4:05-cv-00459-WRW | USDC MT |
| Campbell v. Pfizer Inc, et al | 4:05-cv-00461-WRW | USDC ED TN |
| Christiansen v. Wyeth, et al | 4:05-cv-00462-WRW | USDC MD AL |
| Dees v. Wyeth Inc, et al | 4:05-cv-00464-WRW | USDC SC |
| Lewallen v. Wyeth, et al | 4:05-cv-00485-WRW | USDC ND GA |
| Youngwerth, et al v. Wyeth, et al | 4:05-cv-00502-WRW | USDC MD |
| Gilmore v. Wyeth Inc, et al | 4:05-cv-00503-WRW | USDC MN |
| Galinsky v. Wyeth, et al | 4:05-cv-00504-WRW | USDC MN |
| Narehood, et al v. Wyeth, et al | 4:05-cv-00511-WRW | USDC WD NC |
| Nina Reilly v. Wyeth | 4:05-cv-00520-WRW | USDC SD NY |
| Kramer v. Wyeth Inc, et al | 4:05-cv-00521-WRW | USDC SD NY |
| Spravzoff v. Wyeth, et al | 4:05-cv-00528-WRW | USDC ND |
| Strickland, et al v. Barr Pharm et al | 4:05-cv-00530-WRW | USDC ND MS |
| Harris v. Wyeth Inc, et al | 4:05-cv-00533-WRW | USDC MT |
| Arcuri v. Solvay Inc, et al | 4:05-cv-00534-WRW | USDC ED LA |
| Bierfass, et al v. Wyeth, et al | 4:05-cv-00548-WRW | USDC MN |
| McCoy v. Wyeth, et al | 4:05-cv-00553-WRW | USDC MN |